Katherine B. Comstock et al., appellees, v. Morgan Park Trust and Savings Bank et al., defendants. Adeline Benjamin et al., appellants. Gen. No. 39,023.

Opinion filed November 2, 1936. Rehearing denied and opinion modified November 20, 1936.

Enoch J. Price and Owen N. Price, for appellants. Friedman, Schimberg & Alster and Aaron Soble, for appellees; Irving Goodman, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.

Ben Siegel and Simon Gold, trading as S. & G. Auto Finance Company and Max Podolsky, appellees, v. Motor Vehicle Casualty Company, appellant. Gen. No. 38,705.

Opinion filed November 4, 1936. Rehearing denied November 27, 1936.

Delmar J. Hill and James McKenzie, for appellant. Leon N. Miller and Joseph C. Rafilson, for appellees.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

Robert D. Melick, appellee, v. Metropolitan Casualty Insurance Company of New York, appellant. Gen. No. 38,789.

Opinion filed November 4, 1936.

Pam & Hurd, for appellant. Robert D. Melick, *pro se.*

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.

The People of the State of Illinois, plaintiff in error, v. Frank Budasi, defendant in error. Gen. No. 38,816.

Opinion filed November 4, 1936.

Thomas J. Courtney, State's Attorney, for plaintiff in error; Edward E. Wilson and Amos P. Scruggs, Assistant State's Attorneys, of counsel. Ungaro & Sherwood, for defendant in error.

Mr. Presiding Justice Denis E. Sullivan delivered the opinion of the court.